Foltz Justice Center, at approximately 9:30am, other than that the court was allegedly not acknowledging Falantoonzadeh's "Sovereign rights", was allegedly not honoring his/the defendant's right to represent himself, that the sheriffs filmed every proceeding, but the audience was not allowed to film because they were not with the media, and that the various judges often went into sidebar so as to do "who-knows-what" not in public view.  They asked me to attend as a known and identified media observer within the Los Angeles community, as a filmmaker, published journalist, CEO of a syndicated digital media service outlet; and throughout the known Universe online as a blogger and global citizen journalist, covering live events from Hollywood to Berlin to Cannes to Abu Dhabi to Rome.

26)    Upon arriving in the courtroom, I was introduced to the defendant, and noticed an exorbitant number of bailiffs present, both in the official court staff area as well as surrounding the audience observation area. NOTE: While sitting and taking notes during the proceedings, I later counted to better define the word exorbitant, and found there to be no less than fourteen and no more than 19 sheriffs present at any given time, mostly there were 17 sheriffs consistently.

27)    During the first part of the proceedings, Daniel Falantoonzadeh asked if there was a law that mandated him to stand across the bar (apparently some sort of distinction of the jurisdiction of maritime law versus public law or some such thing outside of my scope of jurisdiction and understanding but I felt was worth noting for further research on the story- I did indeed make a note).  To my understanding as both a civilian and a journalist, Judge Korn did nothing else to address Falantoonzadeh's competency to represent himself, summarily dismissed his rights, and spoke over his objections and attempt to make a proper public record of his objections.

28)    Upon the protestation of the gallery, Judge Korn asked to have the courtroom cleared, although the Sheriffs made no attempt to clear the courtroom as they were allowing Falantoonzadeh to complete his video statement to the camera and court reporter.

29)    What ensued, in a confusing circus of the bizarre as was narrated by some of the audience members to the Sheriffs' video cameras, appeared to be Judge Korn fleeing the courtroom, in response to the request that

25

she abdicate the courtroom to the People of California in light of her inability, found on site and in public view by a "Sovereign Grand Jury", to honor her sworn oath of office to protect and serve the Constitution of the United States of America, and the California State Constitution of 1849. I had never witnessed anything quite like it, and my limited understanding of Sovereignty, had been solely related to Wesley Snipes' tax evasion charges, until my known association with Occupy LA, so I waited in the courtroom to see what would happen next.

30)   It was my understanding on information and belief from witness reports that prompted me to want to observe the trial as a member of the media in the first place; that the last time, the group had "successfully" decreed this to the last Judge, who allegedly also "fled the courtroom", that Falantoonzadeh was unlawfully slapped with a "Failure To Appear" and accompanying warrant, although video evidence and the ensuing ruckus would support that Falantoonzadeh, did of course, appear, and this was chiefly why I had appeared in court to cover the story to share with local and international media outlets should I find any merit to the claims of his rights being violated by the Justice System.

31)   I did not want to appear to be non-compliant with court orders in any way, but also did not want to miss out on the scoop, if no one else was leaving the courtroom and no action was being taken against them to leave the courtroom.  I introduced myself to Deputy Brown (#507067) and Sergeant Lucas (#230303) as Melissa Balin, an identified member of the media, and explained that I would be happy to leave the courtroom if everyone else was going to be removed, but that I wanted to identify myself so that my access to observe the situation would not be impeded in any way, and so that I would not get in the way of them doing their job at all.

32)   I asked for quotes on the case from both, the public defender, Alyssa Sterling, and the prosecutor, Christopher Stogel.

33)   Ms. Sterling was cordial but aloof, and gave me the card of a supervising attorney, stating she was not allowed to give statements to the media without approval from her office.

34)   Several people, including Mr. Stogel, asked if I had my media credentials with me, and how long had I been in the media.  I explained

that my aunt was a famous moviestar activist at the time of my birth, and I had been a union member of the Screen Actors' Guild since the age of 5; and a member of the media, since I was on a Disney kids' trivia show disseminating valuable information to people through entertaining television. Mr. Stogel declined to give me a quote and I said I would follow up with his office at a later date.

35)    In honor of full transparency, it is worth noting, that my mother, Rochelle Balin, later corrected me that I while I was indeed a child actor and member of the "media" at the age of 5, I did not actually join the Screen Actors Guild Union until I was 8 years old in August of 1983.

36)    I asked the court staff, if, even though it is customary to submit a Media Request to Photograph, Record, or Broadcast three days in advance of the court case one is requesting to film, if it would be possible for me to submit one at that point in time, in the event that the Judge should come back, and due to the extenuating circumstances of the trial date being set without notice and the unusual shuffling of Judges and court rooms.

37)    The court clerk and bailiff, Deputy Brown (#507067), responded NO and that they do not have those forms in the courtroom, and said they were not required to provide access to those forms to the media. I am not sure if this is actually true or correct and am still, to the date of this writing, receiving contradictory information about this point, so much so, as to infer that it must be unclear amongst court officials, journalists, and attorneys alike, and worthy of proper clarification in the future, for the sake of all parties.

38)    I asked to speak with Deputy Brown's supervising officer, who he introduced as Deputy Lowe (#447572), and when I asked her for HER reporting officer, a Lieutenant Mack (#213697) came forward, stating that he was "everyone's supervising officer".

39)    When Lieutenant Mack (#213697) refused to give me the number of HIS supervising officer, which he alleged was only Sheriff Leroy Baca, because he was "not a Secretary", I took exception to the lack of cooperation on the part of a public servant who has taken a sworn oath of office to protect and serve the Constitution… it then led me to verbally clarify, was he indeed withholding the number from me of what was

essentially reception for their main office, paid for with California taxpayer dollars? And could I please have HIS card, badge number, and bond number for reference in my conversation with Sheriff Baca?

40)   Lieutenant Mack (#213697) gave me his card, but said he didn't have to give me his bond number and he didn't even know it. As court was not in session, I proceeded to attempt to call 411 for Sheriff Baca's office line from within the courtroom, but I was put on hold and eventually, the call was dropped.

41)   Falantoonzadeh was inquiring of Lieutenant Mack (#213697) what law mandated that the Sheriffs be allowed to record, and the audience not allowed that equal right, when court was called back into session- this is evidenced in the partial video evidence (**VIDEO EXHIBIT F**) that was NOT handed over in discovery with the videos handed over in January 2012, nor in repeated defense requests of the City Attorney's office OR the LA County Sheriff's Department, and multiple hearings for discovery, UNTIL on or after July 13th, 2012 coincidentally, days after the ACLU filed a suit against Sheriff Baca and District Attorney Steve Cooley for suppressing exculpatory evidence in criminal trials.

42)   In that 3 minute twenty-three second video, clearly filmed by Lieutenant Mack (#213697) HIMSELF, even though he lied to defense attorney Johnny Lai in the court house in the public hallway within my view, saying he had not been there during the "break", and had no conversation with me; in that video, the suspect known as John Doe was explaining that "according to Miller vs. U.S. the exertion of a constitutional right cannot be converted into a crime and that as the People of California, the Sheriffs had no right to touch any of them, as The People were there to do business with the Court". This was my understanding to be true.

43)   The remaining video evidence and court reporter transcripts of the more than thirty minutes of proceedings up until this point of my recollection, other than the 3 minute and 23 second clip clearly filmed by Lieutenant Mack (#213697), seem to have been mysteriously destroyed by the LA County Sheriff's Department and the court staff of Clara Shortridge Foltz Justice Center.

44)  Knowing personally, producers of both successful television shows, I was unsure for a moment if I was in an episode of "The Twilight Zone" or "Punk'd", as the Judge returned as though nothing has happened in the previous session, and began again as though this was the first hearing of the case. I had a hoarse voice from leading a well-documented protest the weekend prior, but I spoke as clearly as possible, "The Media is Observing This." "This" was in reference to the Judge not allowing Falantoonzadeh to represent himself, and also going into sidebar where the media was denied access to observe what would later, ostensibly, become a part of public court proceedings. It is worth noting, as evidenced in video (**VIDEO EXHIBIT G**) provided very very late and after multiple denials by the LA County Sheriff's Department of any other footage even existing, in discovery, and viewable on YouTube at: http://youtu.be/bp0JHD1UbEM that Judge Korn does not deny my right as a member of the media to respectfully make a public record in court as protected by the First Amendment, and does not warn me about Contempt of Court in any way, for doing so.

45)  When the Judge and two attorneys return from the ex-parte sidebar, Judge Korn declared a false continuance under the objection of Falantoonzadeh, and even the objection of Ms. Alyssa Sterling, the court appointed public defender.

46)  At this point, there seemed no remedy in sight for the defendant's violated constitutional right to a speedy trial, and I knew of no other recourse, than to state for public record, "Your Honor you're out of order." I understand now, that act to be an improper and unwise remedy, but it was in no way criminal or contemptuous, and certainly in no way intended to disrupt court proceedings, as it was clearly intended to be a PART OF COURT PROCEEDINGS. Even the Judge, while in the process of trying to remand another audience member, identified only as "The Rightful Master and Owner of the Courts" and further identified as suspect John Doe, for committing the offense of Contempt of Court, made it clear as evidenced by court transcripts (**EXHIBIT 7**), video evidence, and apparently even in interviews with my court-appointed defense counsel following the incident and eventually filed with the court as exculpatory evidence on January 31, 2013 (**EXHIBIT 8**), that she only asked for me to be "removed" NOT "remanded".

47)  What REALLY followed is this (**EXHIBIT 9**):

48)   Deputy DeLeon (#493187) approached me in a menacing way and Deputy Miles (#528112) came up from behind me and put her hands on my back.

49)   I complained to their supervising officer Sergeant Lowe (#447572) that there was no need to put hands on me in an aggressive way when they could just ask me to leave, and was I required by law to leave, when that would obviously inhibit my ability and access to observe the proceedings, as protected by the First Amendment.

50)   It is at this point that Deputy DeLeon (#493187) grabbed my right arm PRIOR to and DURING while asking me to leave the courtroom.

51)   While I am clearly talking to their supervising officer and the court proceedings are continuing around us, it is Lieutenant Mack (#213697), who actually disrupted the court proceedings when he shouted out "Get Her OUT - Pull her OUT"

52)   To this day, the conversation and my complaints to Sergeant Lowe (#447572), that those officers acted inappropriately, having no right to touch me PRIOR to even asking for me to leave of my own accord, have NEVER been addressed, in the Use of Force Investigation (**EXHIBIT 10**), or court transcripts, and it is disturbingly apparent that this use of excessive force may have even been clearly falsified, omitted, or minimized, in several, if not ALL of the supplemental narrative reports from Sheriff eye-witnesses.

53)   Two to four pairs of hands were on me aggressively in a continuous motion at all times from that moment on, using excessive force, that would shock the conscience, including but not limited to: dragging me across the bench, breaking open the skin on my leg behind my knee, bouncing my coccyx against the bench as I was dragged, and slammed pelvic sit-bones-downward onto the floor, and dragged up from my shoulder sockets like a ragdoll by two male officers who came at me from behind, but I later identified as Deputies Celaya (#484746) and Gillilan (#502176).

54)   At this point, my body went limp from the shock -I was later that day found to be 2 weeks pregnant, and it is suspected by medical experts that

30

contrary to Sheriff allegations that I "made my body limp", what indeed happened is that my body went into shock to protect the unborn fetus upon the jarring impact of the pelvic and coccyx injury.

55)   This limpness and collapse of my body, which they apparently perceived to be fake, caused the Sheriffs to brutally further drag me along the ground, in a vindictive manner, slamming my pelvis and coccyx further along the ground, at least six feet, until the end of the row of benches, at which point they dragged me up to my feet by my shoulder sockets again, when the video camera conveniently picks back up with me more than seven seconds later, walking out of the courtroom- but despite the unexplained turning away of the camera, you can still see in video evidence (**VIDEO EXHIBIT E**), the camera return onto THREE sets of Sheriff's hands on me for no warranted reason and Sergeant Lowe (#447572) shoving alongside and behind us with visible force, clearly not an impartial investigator in the Use of Force, but rather, an active participant, herself.

56)   Even though, BOTH Sheriff cameras inexplicably avoid filming the dragging of my body and Deputies Gillilan (#502176) and Celaya (#484746) try to make it seem as though I went limp outside the courtroom, supplemental testimony from prosecutor and court staff, corroborate that my body went limp INSIDE the courtroom, and there is an audible thud that can be heard on the video evidence, and a woman audience member shrieking, "what are you doing to her" during the more than 7 seconds that the camera looks away…

57)   I walked out of the courtroom with them pulling my arms and further exacerbating my shoulder socket injury, still asking them to remove their unnecessary holds on me, when I was clearly leaving the courtroom, without resisting in any way, and I can be overheard on video evidence asking why were four of them necessary for this use of force.

58)   Upon exiting the doors of the courtroom, instead of releasing me, they roughly forced me to the ground, on my knees, in spite of my bleeding laceration, and told me to get on my stomach so they could handcuff me.

59)   I could not see who handcuffed me so roughly and tightened the ratchet an extra two notches, while I begged for them to be looser.

60)    Deputy Brown (#507067), asked me my name and I asked if I was required by law to give them that information. To which, I heard, a deputy say, "ah, its another Sovereign, just book her as Jane Doe". Deputy Brown did not ask me any other questions regarding my name or address.

61)    I was then, raised to my feet, by my shoulder sockets again, and no one would answer me as I asked if I was being arrested and what I was being charged for, while I was ironically brought back into the courtroom I had just been removed from against my will, by two male deputies, Celaya (#484746) and Gillilan (#502176), when there were clearly plenty of female deputies around, against my will, on the way into a corner stairwell off the court staff area.

62)    I begged for a camera to film my unlawful search but I received no response, even while Sergeant Aldana (#471287) held the camera on Suspect John Doe and looked me in the eye withholding the camera or assistance from an additional camera, when there were clearly multiple cameras available.

63)    I asked repeatedly for the deputies to stop hurting me and did they understand that I was a member of the media and that they were hurting me. My breast was shoved against a protrusion of the wall, my vagina was rubbed against in a non-searching manner, and my shoes were removed and carried alongside me while I was forced to walk up stairs in socks, begging for medical attention for my injuries and for a camera to document my unlawful search.

64)    Strangely, all reports indicate that I was taken into lock-up "without incident" and no one writes in their report of searching me, but I can clearly be overheard protesting my search and asking for a camera repeatedly... how many sheriffs searched me in a sexually molesting manner? How many were women? How many were men? I wish I had video evidence to help my memory, but they withheld cameras and I only know that it was multiple pairs of hands and that some were definitely male deputies.

65)    My body went into shock again, and I am unclear how many stairs we went up, but upon being upstairs, I was chained to a bench facing the fingerprinting mugshot machine and a clock on the wall.

66) I was hysterical, with very little voice, but every few minutes, I would note the time, and state, "It is 12:37 pm. I am asking for medical attention and I am receiving no response. Please someone help me."

67) And then, "It is 12:42 pm. I am begging for medical attention and receiving no response."

68) A few times, a male deputy whom I could not properly identify with the tears streaming through my eyes, but who looked strikingly similar and whose voice bore a resemblance to the man who later identified himself as Sergeant Dancel (#402115), stood fifty feet away from where I was chained to the bench, saying, "what's that? I can't hear you!" Never stepping any closer to find out what I was sobbing hysterically for, when I shouted with all my hoarse might, "I need medical attention! Please can someone get me medical attention!!!"

69) It is worth noting that multiple Los Angeles County sheriff employees walked past me while I cried and made pleas for medical attention noting the time on the clock, until at some point, after 1:03 pm, I heard an unidentified voice, say, "somebody move her to someplace where she can't see that G-d Damned clock!"

70) They unchained me from the bench and put me in a solitary cell. They agreed to uncuff me once in solitary confinement. I heard John Doe's voice say, "try to stay calm, Melissa- I know you are hysterical and under duress- but try to stay calm and know they can't violate your rights under the guise of getting you medical attention."

71) At this point, Sergeant Dancel (#402115) came in with Sergeant Aldana (#471287) videotaping (**VIDEO EXHIBIT H**), and questioned me in a belligerent manner with no compassion whatsoever to my pleas for medical attention. When I attempted to answer his questions, he would cut me off with another question, in an accusatory manner, and promptly left.

72) It is worth noting that Balin was NOT Mirandized prior to her interrogation by Sergeant Dancel and that she was withheld medical attention for more than two hours, prior to being taken away on a spineboard by paramedics. It was discovered by all parties, while Balin

33

was in custody and prior to Emergency Room X-Rays, that Balin was pregnant with her first pregnancy.

73)   Sergeants Dancel (#402115) and Aldana (#471287) came back in twenty minutes later (**VIDEO EXHIBIT I**), with Dancel indicating that he still had not called the paramedics for me.  When I stated that I was under duress, he said that being "under duress" meant that "you are refusing to comply" – in addition to answering his interrogation, I had to also deflect his inaccurate interpretation of the English language, which could also be construed with stepping outside his jurisdiction of enforcing the law, by attempting to interpret the law.

74)   Dancel (#402115) ended the second interview indicating the time being even longer than the 45 minutes I had estimated, as at 14:18, it had been well over an hour-and-a-half that a female member of the media was being unlawfully withheld medical attention while I was eventually found to be pregnant, when I was finally taken to the emergency room for x-rays and medical care.

75)   It is worth noting, that Deputy Ferreira (#507739) eavesdropped on my conversation with the paramedics in order to ascertain my name and then purposefully misspelled the last name as "Balis" in the files, in order to thwart the efforts of bail bondsmen and attorneys searching for me, thereby keeping a pregnant member of the media shackled and detained as has since been determined cruel & unusual punishment, and a constitutional violation of a pregnant woman's Sixth, Eighth and Fourteenth Amendment rights; protected against cruel and unusual punishment, excessive bail, and in flagrant and continuing violation of due process of law, and that of my miscarried unborn fetus, for which there is no remedy.

76)   In the emergency room, Sergeant Aldana (#471287) and Deputy Kinura (#529471) forced me to urinate under their supervision repeatedly, while I was in custody with no other exit from the bathroom available and no reason to suspect me to be a flight risk in a hospital gown with my family heirloom jewelry being held in an unmarked envelope.

77)   While in the hospital bed, I begged for them to remove the second handcuff on my right hand, when my left hand was already handcuffed to

34

the bed and I was feeling tremendous discomfort and numbing in my hand where the IV tube was attached to my hand. Both deputies Aldana (#471287) and Kinura (#529471) refused for many minutes, until the doctor could be requested and he (Dr. Meeks) immediately asked them to remove the handcuff attaching my right hand to the hospital bed, because it was, indeed, cutting off the circulation of my blood flow, and he felt it could lead to an emergency situation unnecessarily.

78)   I asked Dr. Meeks to please note the incident on my chart, and to please call my mother to let her know where I was since they were denying my right to a phone call, while I awaited the blood work to determine if I was carrying my first pregnancy. Dr. Meeks said he was not allowed to make a call for me (although the hospital's Patient Rights (**EXHIBIT 11**) #2 explicitly states: "You have the right to: (2) Have a family member (or other representative of your choosing) and your own physician notified promptly of your admission to the hospital."; but that he would make the mention in the report (**EXHIBIT 12**) and he would ask the Sheriffs if I could use the phone.

79)   It is worth noting that I NEVER received a phone call to my mother or my attorney for my entire 53 hours of overcustody.

80)   I was in the custody of Deputy Kinura (#529471) and Sergeant Aldana (#471287) in the Emergency Room and under the care of Dr. Meeks, when it was discovered by all parties that I was pregnant. From that point on, the deputies continued to exhibit sadistic behavior and inflict cruel and unusual withholding of medical attention, refusing to call for the doctor when I needed him, and taunting a helpless pregnant member of the media, in such a manner that is a shocking and unseemly representation of the Los Angeles County Sheriff's Department.

81)   While being transferred to Lynwood County Jail, in the late evening hours of November 14, 2011, I could overhear them making sure to indicate I was worthy of a special "Keep-Away" designation of K-6 because "this one talks about her rights a lot".

82)   I was further traumatized by JANE DOES 1-5 AKA Unidentified Lynwood County Correctional Officers, subjected to cruel and unusual punishment, including but not limited to being denied medical attention, denied shoes or a sports bra (when they had unlawfully seized my

underwire bra for my own apparent safety), and denied a blanket, and
again denied medical attention while visibly and uncontrollably shivering
with mild hypothermia AFTER MORE THAN TWELVE HOURS being
shackled on a bench in front of the draft of the loading dock (until after
both waves of female prisoners were taken off to court between 4 and 8
am on November 15, 2011); without being "booked" as an apparent
punishment for each request to make a phone call to my mother, Rochelle
Balin, or my attorney, Bruce Margolin.

83)   All parties were aware that I had just found out I was pregnant for the
first time in my life, and previously in the emergency room, Dr. Meeks,
had not allowed me to have certain back x-rays due to the danger
radiation presented to the fetus; so I again asked to see the doctor at
Lynwood; this time regarding my options for their required tuberculosis
screening by x-ray machine.

84)   The jailers threatened to add charges if I did not go through the x-ray
machine immediately, but I refused consent and again begged to see a
doctor, "on behalf of the life of my unborn child".  One of the jailers was
apparently pregnant herself and was curious what the doctor would have
to say about fetus exposure to the antiquated x-ray machines of
Lynwood, for her own safety, so she arranged for me to finally see the
doctor.

85)   One of the jailers who refused to identify her serial number, said, "If
we find out that you exposed us to tuberculosis with all this… talk… WE
WILL KILL YOU", while locking me into solitary confinement for hours
without processing, while waiting for the doctor's visitation to be
arranged.

86)   Even though as a non-violent misdemeanor and in light of my recently
discovered medical condition, I should have been released to my doctor
or attorney on my own recognizance, due to my falsified felony charges,
I was falsely imprisoned, subjected to the demeaning signature strip
search of Lynwood County Jail, and shackling since determined to be
unconstitutional treatment of pregnant women.

87)   When I was finally seen more than twelve hours later in the afternoon
by the obstetrician, he explained to me that my only other option would
be a 72-hour quarantine until a scratch test could determine that I was

36

clean of tuberculosis concerns. In fear for my life due to the threats and taunting of the various jailers, and under tremendous duress, and concerned that no one would know of my whereabouts for another 72 hours; I agreed to the x-rays, explaining I was doing so under duress.

88)   I was NEVER given ONE PHONE CALL to my mother or my attorney for the remaining time of my 53 hours in overcustody.

89)   On the early morning of the 16th of November, 2011, I was taken in shackles, back to Clara Shortridge Foltz to be taunted in custody, with the deputies saying, "Oh, look- it's the People of California!". I was held in solitary confinement for hours without communication, after which I was loaded back by shackles onto the prisoners' bus, without any explanation as to why I was not seen by a Judge.

90)   I was transferred back into Lynwood County Jail with shackling that has since been determined to be unconstitutional treatment of pregnant women, and guards taunting, "looks like you won't be seen for another day".

91)   At great disruption to my health and well-being, I was transferred again via shackles, without any explanation, and without being allowed to retrieve my doctor's issued pre-natal vitamins from my cell, to another downtown LA courthouse, which turned out to be Metro. It is worth noting that I was never returned to my cell nor allowed to retrieve my pre-natal vitamins or toiletries.

92)   Between November 14 and November 16, 2011, the Los Angeles City Attorney's Office had removed the falsified refusal to provide DNA (298.1) felony charges and proceeded to file charges against Melissa Balin as "Melissa Balis" for misdemeanor Contempt of Court charges, even though the Trial Court Judge, Rene Korn had never found me in Contempt nor remanded me to Court to face such charges at any time whatsoever.

93)   I was introduced to Johnny Lai, a State Bar Panel attorney, who said he was assigned both myself and John Doe, if we would sign a conflict agreement; which I signed under duress, and was finally seen for arraignment and released on my own recognizance at almost 5pm on

37

November 16th, well over the 48 hour window to be seen by a Judge for
due process from my noon "arrest" on the 14th of November, 2011.

94)   At the arraignment hearing in front of Judge Paul Suzuki, in
Department 80, on November 16, 2011, I corrected the error on the
inaccurate spelling of my name from "Balis" to "Balin" for the record.

95)   To this date it is unknown and unclear, why the court had a conflict
declared on November 16, 2011, with the Public Defender's office AND
the Alternate Public Defender's office, assigning Balin private bar-panel
attorney Johnny Lai through the Indigent Criminal Defense Appointment
Program (see attached correspondence from Ron Brown's office
(**EXHIBIT 13**) when Balin begged for help many months into her
misdemeanor case)

96)   Ironically, the court's declaration of Balin's "Indigent" status became
the law of the land, and through a combination of the City Attorney's
selective enforcement and misallocation of limited resources in
prosecuting a case for which Balin had already served a far greater
punishment than fit the alleged crime that Trutanich and his conviction-
seekers were trying to force coerce into another Plea Bargain in a Kafka-
esque "Trial By Ordeal" as deemed Cruel & Unusual in the 1600's,
accompanied by multiple and seemingly random court appearances each
month, mandated by the courts under threat of issuing a bench warrant
for failure to appear; Balin has been unable to work OR physically or
emotionally recover from her continued persecution.

97)   From November 16, 2011, Melissa Balin was the victim of knowing
and malicious prosecution of falsified charges, until they were finally
DISMISSED In The Interest Of Justice (P.C. 1385) MORE THAN
FIFTEEN MONTHS LATER, on February 25, 2013.

98)   State Bar Panel Attorney Johnny Lai remained Melissa Balin's
attorney of record from November 16, 2011 until November 7, 2012,
WITHOUT ANY QUESTION WITH REGARDS TO MELISSA
BALIN'S COMPETENCY TO STAND TRIAL.

99)   The week of November 21, 2011, as the Media Liaison for the
Sovereign Nation of Freedom & Peace, Melissa Balin, spoke with Public
Information (PIO) Commander Andy Smith, for an official quote from

LAPD Chief Beck with regards to a rumored eviction over the holiday
formerly known as "American Thanksgiving", to address the concerns
within the community.

100)  The week of November 21, 2011, Commander Smith issued Melissa
Balin an official quote, "There will be NO EVICTION OVER THE
THANKSGIVING HOLIDAY."

101)  The Mayor's announcement of an eviction of Occupy LA and its
supporters, on the Friday after the holiday formerly known as American
Thanksgiving, November 25, 2011, was viewed as unlawful on several
grounds, including but not limited to, Article 11 Section 2 of the
California State Constitution of 1849.

102)  The Attorney General was contacted for an Order for Protection, but
their offices were closed for the holiday.

103)  On Sunday, November 27, 2011, a Federal Judge was contacted for a
Federal Injunction to stay the eviction.

104)  On Monday, November 28, 2011, the National Lawyers' Guild filed a
State injunction to stay the eviction, expecting to be heard in court before
Wednesday.

105)  On Monday, November 28, 2011, Chief Beck gave a press conference
where he stated, "time is on our side and we will take as much time as we
need to make sure the homeless are brought to shelters and that everyone
is evacuated safely."

106)  It is important for everyone to know that LAPD DID INDEED
exercise unnecessary force on Tuesday evening of November 29, 2011;
that no one was EVER served an eviction notice or given appropriate
time to evacuate.

107)  The Mayor, City Council and LAPD are responsible for knowingly
violating our 1st, 4th, 5th, 8th, 9th and 10th Amendment Rights.  Their
"extensive destruction and appropriation of property not justified by
military necessity and carried out unlawfully and wantonly" (ie: the
throwing of our property directly into the City Dump without a warrant
or acknowledgement of the property as evidence in a Crime Scene) is

considered a "grave breach" of the Third and Fourth Geneva Conventions, providing the legal definition of a "War Crime".

108) On the evening of November 29, 2011, shortly after Melissa Balin was photographed by LA Times photographer (**EXHIBIT 14**) putting the LAPD on Notice for their violations of the California State Constitution of 1849, FIVE UNIDENTIFIED UNDERCOVER AGENTS LEAPT OUT OF AN UNMARKED CAR WITH FLASHING LIGHTS AND SHOVED MELISSA BALIN MORE THAN FIFTY YARDS AND PLACED A BARRICADE IN FRONT OF HER, DISALLOWING HER ACCESS TO HER DOMICILE.

109) As per video evidence posted to YouTube (http://youtu.be/0-qznUz2_HU) on December 10, 2011, and viewed on the record in Department 31 of the LA Superior Court by Judge Alan Rosenfield on November 8, 2013 (**VIDEO EXHIBIT J**); Melissa Balin was denied access to her domicile, and the ability to evacuate her belongings for more than four hours as she walked the four mile perimeter from Main to Alameda to Third to Broadway; placing the LAPD on Notice for their constitutional violations of the rights of peaceful protesters, and asking for a Supervising Officer to escort her to retrieve her belongings without fear of arrest.

110) Melissa Balin witnessed excessive force and baton usage by officers against peaceful protesters and made several calls to 9-1-1 for assistance that evening. Balin was told, "we have over 1400 officers down there Ma'am, I don't know what else we can do for you…" to which Balin asked, "please send down another twenty officers to replace the twenty that are on Alameda beating peaceful protesters with their batons".

111) It is worth noting that LAPD has refused to hand over the Melissa Balin 9-1-1 tapes from November 30, 2011, in multiple discovery requests.

112) At approximately 3:15 am, on November 30, 2011, LAPD Officer Winter, noticed Balin writing down his badge number and name as he arrested the peaceful protesters at Broadway and First Street, and proceeded to arrest her using excessive force under the color of law.

113)   Balin was concerned she was having a miscarriage from the force with which Officer Winter had slammed her down into a seated position, impaling her onto thorned bushes growing along the planter curb rather than placing her on the street curb (**EXHIBIT 15**) and notified him she was pregnant and needed medical attention.

114)   Winter refused to get a supervising officer or medical attention for Balin FOR MORE THAN TWENTY-SEVEN MINUTES while he taunted her, until she was able to "Mic Check" her need for medical attention, and the angry crowd witnessing from across the street demanded that supervising officers finally call an ambulance for Balin.

115)   Balin was forced to ride with Officer Winter accompanying her in the ambulance in custody, in spite of begging supervising officers that they send a female officer with her, OR ANYONE BUT WINTER, who had been tormenting her for more than twenty-seven minutes while she was in desperate need of medical attention.

116)   Balin was forced to remain in the hospital emergency room with her male tormentor, Officer "John Doe" Winter, while in custody the entire time; urinating in a bedpan without privacy, and while they listened with ultrasound for the heartbeat of her unborn fetus for more than six minutes.

117)   In the morning hours of November 30, 2011, Officer Winter was overheard telling supervising officers, "I didn't think she was really pregnant."

118)   While all other of the 292 Occupy LA arrestees were taken to the Van Nuys Jail, Melissa Balin was taken to the 77th Precinct upon her release from Good Samaritan Hospital ER after 9 am with a diagnosis of a "threatened miscarriage", where she was further subjected to cruel and unusual punishment since deemed unconstitutional to subject to a pregnant woman; including but not limited to forcing Balin into a top bunk.

119)   It is unclear why the following LAPD officers: Nieves #25580, Banuelos #31706, Aragon #N4513, Dean #40678, and Lieutenant McAlpine; ALL conflated their roles in Balin's arrest and booking, and why they would falsify the arrest report (**EXHIBIT 16**) citing (409PC)

that Balin "Failed To Disperse" when all parties witnessed Balin
LITERALLY "BEGGING TO DISPERSE", because she was there as a
media observer and had to be in court across the street, for fear of risking
a "failure to appear", in a matter of hours; other than to protect the
identity of the Officer wearing a helmet marked "Winters" during the
unbecoming use of military and lethal force exerted against peaceful
civilians under the Color of Law.

120)  It is worth noting that NO CHARGES WERE EVER FILED BY THE
CITY OF LOS ANGELES AGAINST MELISSA BALIN FOR HER
UNCONSTITUTIONAL ARREST OF NOVEMBER 30, 2011.

121)  It is also worth noting, that even though the photo of Balin putting the
LAPD on Notice made the cover of the LA Times ONLY HOURS
LATER THAT VERY MORNING, captioned with "Melissa Balin", and
Balin had clearly identified herself and asked jailers to properly notify
the relevant government officials, Judge Yvette Verastegui nonetheless
issued a bench warrant (**EXHIBIT 17**) and excessive $26,000 bail for
Balin's alleged "failure to appear" at the City Attorney's behest, when
all parties were fully aware that Balin was in custody at the time.

122)  It is unclear to us why this conflagration of unmitigated subjugation is
being complacently dismissed as an issue of "illegal camping", when this
is clearly a globally relevant issue of an International Violation of Human
Rights.  When Mayor Villaraigosa smugly suggests that the City of Los
Angeles will have to pay less in damages than the MayDay Riots of
2007, We the People of California submit that will not be the case.  It is
public knowledge that every domicile/tent destroyed is entitled to
reparations of up to $10,000; every mentally ill resident displaced
unlawfully is entitled to up to $2.2 million dollars in reparations and
every person unlawfully incarcerated is entitled to up to $10,000 per
minute of their incarceration.

123)  We the People of the California Republic, demand a Federal
Investigation of the crime scene of the LA City Hall International Tort of
November 30, 2011, reparations, and an International Trial of Mayor
Villaraigosa, LAPD Chief Beck, and all of LA City Council for their war
crimes against the People of California.

124)  From approximately December 1, 2011 until the Spring of 2012, the LAPD and Los Angeles City Officials Quartered our Homes in Violation of the Third Amendment, with K-Rail provided by Cal-Trans (**EXHIBIT 18**) and even stay-away orders issued to certain citizens sua sponte, without probable cause, by LA Superior Court.

125)  On December 3, at her first available opportunity, and upon the advisement of her court-appointed Bar Panel Attorney Johnny Lai, Melissa Balin went into the Clara Shortridge Foltz Criminal Justice Center to remove the bench warrant placed against her for her failure to appear in court for case #1CA16847-02 on December 1, 2011, while unlawfully incarcerated.

126)  After clearing the metal detectors, Melissa Balin approached the Information Desk of the Clara Shortridge Foltz Criminal Justice Center to ask, "Pardon me, but where does one go to appear on a Bench Warrant?" where Lieutenant Mack (#213697) interrupted the Deputy telling her to check in on the Second Floor, saying, "Wait a minute- I recognize you! Take off those sunglasses." Balin took off her sunglasses saying, "Of course you recognize me, I'm The People of California and I am here in Peace-".

127)  As the supervising Sheriff over the entire Courthouse, Lieutenant Mack (#213697) frequently abused his position of authority, following Balin through the hallways in an intimidating manner under the Color of Law, saying, "only a Judge can tell me not to be here" when Balin would ask if he was "conducting official government business" in tormenting her.

128)  Melissa Balin filed a claim form for damages to her and her property, with the City of Los Angeles in December 2011, which was denied without review.

129)  It is worth noting that Private Investigator Mike Wolfe was appointed for 20 Hours of Investigation in Case #1CA16847-02 by Judge Verastegui (**EXHIBIT 19**) per State Bar Panel attorney, Johnny Lai's request.

130)  It is also worth noting that Mr. Wolfe refused to hand over any of his investigation to Melissa Balin when Johnny Lai was removed from the

43

case, and it does not appear that any of Mr. Wolfe's findings were ever filed with the Court, indicating the possibility of embezzlement of already limited court funds without any commensurate work product to show for it.

131) SEE EMBODIED AFFIDAVIT ENTITLED LONG BEACH PD KIDNAPPING, UNLAWFUL SEARCH & SEIZURE, FALSE ARREST, FALSE IMPRISONMENT, CRUEL & UNUSUAL PUNISHMENT, TORTURE, AND WITHHOLDING OF MEDICAL ATTENTION FOR A PREGNANT/MISCARRYING JOURNALIST NUMBERED PARAGRAPHS 132-146 AND TABBED **VIDEO EXHIBIT K** (http://youtu.be/tmdLu8da8p8)

132) The weeks after Balin's second false arrest and imprisonment in December 2011, she stayed at the home of friend and journalist colleague, Sam Sabzezhar, in Long Beach, while he was out of town, in order to cover the controversial trial of fellow activist and Founder of The Human Solution, Joe Grumbine.

133) Balin was awaiting news of whether or not her unborn fetus had any remaining brain function after the threatened miscarriage ER diagnosis of November 30, 2011.  Balin was scheduling an appointment with an OB/GYN for the week of December 17, 2011, at which point the fetus would be beyond the six-week mark, and such determinations would be more discernible.

134) On the evening of December 13, 2011, alongside other activists, Melissa Balin spoke to Long Beach City Council (**VIDEO EXHIBIT L**) on Public Comment, with regards to the City's unconstitutional policies and treatment of medical marijuana patients protected by California's Proposition 215 since 1996.

135) On December 14, 2011, an impromptu press conference on "Injustice" was announced through social media networks, to be held in front of the Long Beach Courthouse at Noon.  It was public knowledge that Melissa Balin would be one of the speakers.

136) On December 15, 2011, just hours before Melissa Balin was scheduled to speak in front of the Long Beach Courthouse, she was unlawfully searched, had her property seized, and was sadistically

44

tortured by Long Beach law enforcement officers under the color of law, and falsely imprisoned in custody and solitary confinement without appropriate medical attention for more than 48 hours.

137) As evidenced by video taken on the scene, a Long Beach PD Supervising Sergeant, expresses that it is his "prerogative" whether or not to issue a citation or take Balin into custody for the citizen complaint filed by a neighbor alleging "Disturbing the Peace", but felt they had "been here too long" so he determined it was necessary to take Balin and another activist into custody, in violation of many of her constitutional rights to be free from unlawful search and seizure, false arrest, false imprisonment, excessive bail, cruel and unusual punishment, and due process.

138) It is worth noting that Melissa Balin had identified herself by name in full public view, as a member of the media, and had disclosed to the officers that she was pregnant.

139) While in custody, during the booking process at the Long Beach station around the corner, the Sergeant taunted Balin with a video camera in her face, saying, "tables are turned aren't they? Now I'm filming you! How do you like being filmed?" while he searched the contents of a bag that Balin had already stated was her friend's purse holding Balin's ID and lip gloss for her.

140) One of the Long Beach police officers in the station said, "I recognize you! She spoke at City Council the other day!"

141) One of the officers stated, "They're a nuisance to the Judge." While searching what his officers had unlawfully seized from Balin's body on the sidewalk outside the Long Beach courthouse, another stated, "What's a pregnant lady doing protesting, anyways? That's not very safe, is it?" To which, Balin retorted, "What are you talking about, there is nothing dangerous about peaceably assembling except for YOU GUYS- at Occupy LA there was a seven month pregnant woman doing publicity for the media team and she was never in any sort of danger."

142) The Sergeant lifted out a handful of Vitamin C caplets, taunting, "What's this Vicodin? What's a pregnant lady doing with Vicodin? That'll be a felony add-charge with a $10,000 bail!" Balin explained that

45

it was just Vitamin C, but the Sergeant looked at a chart with pictures of pills and insisted that it looked like either Vicodin OR Codeine, "So, we'll just have to wait for the results to come back from the lab"-

143)   As the Sergeant continued to dig through the purse, he found a homeopathic tincture for morning sickness, and stated, "What's this? Hash oil?  Looks like hash oil"- Balin explained through her tears that it was a homeopathic remedy and was definitely NOT Hash oil, to which the Sergeant taunted, "Well, we'll just have to wait for the results to come back from the lab, which WON'T be before you see the Judge on Monday.  So that'll be another add-felony of ANOTHER $10 grand!"

144)   While in custody at the Long Beach courthouse, Balin was tormented by the Jail Staff who said things like, "What kind of pregnant woman, goes to a protest??"

145)   Balin was forced to urinate into a dixie cup, and withheld toilet facilities and medical attention for several hours while they ascertained that she was indeed still pregnant and undergoing a "threatened miscarriage".

146)   While undergoing a continuing and exacerbated miscarriage, Balin was withheld medical attention; and in an effort to protect Balin from her sadistic jailers, a supervising officer leaving for the weekend, placed Balin in solitary confinement with only a bible and a blanket, for more than twenty-four hours until her eventual release from Long Beach via an excessive and unconstitutional bail.

147)   It is worth noting that NO CHARGES WERE EVER FILED BY THE CITY OF LONG BEACH AGAINST MELISSA BALIN FOR HER UNCONSTITUTIONAL ARREST OF DECEMBER 15, 2011.

148)   It is worth noting that to this date, in spite of multiple requests, Melissa Balin has not had her confiscated property returned to her by the Long Beach Police Department, consisting of a $725 Hemp Hoodlamb winter coat and a $15 megaphone (**EXHIBIT 20**).

149)   It is worth noting that on December 19, 2011, Detective Katherine Haskins could not find Melissa Balin or her booking number in the system for her arrest on November 30, 2011.

and robbed at gunpoint for only her cell phone, and none of the other belongings in the two tote bags she was carrying on her person as she walked home to her childhood residence in North Hollywood from the train station.  When Balin handed the large physically imposing man dressed all in black, her phone, he punched her in the face with it, knocking her to the ground and running to the passenger side of an unmarked undercover car, which promptly drove off.

157)  It is worth noting that Melissa Balin's assailant of July 17, 2012 is still unidentified and at large.  The battery complaint by Melissa Balin was investigated by Detective S. Tween (#31535) on July 19, 2012 and by Detective Le (#26880) on August 15, 2012, of the North Hollywood Police Department, but the Detectives' methods were allegedly deemed unlawful by the department and all investigation into the attack and two other similar reports from the same evening and region, ceased with no follow-up or explanation…

158)  On August 3, 2012, Long Beach City Claims Investigator, denied Melissa Balin's claim no. C12-0347 against the City of Long Beach, on behalf of Long Beach City Attorney, Robert E. Shannon; as untimely, even though it was certainly timely, by placing an arbitrary date of June 19, 2012, instead of the date it was postmarked of June 15, 2012 (**EXHIBIT 25**)

159)  On September 4, 2012, LA Sheriff's Department Lieutenant of the Risk Management Bureau, Judy A. Gerhardt, sent correspondence (**EXHIBIT 26**) to State Bar Panel attorney Johnny Lai in response to his request dated August 28, 2012, stating, "In the event such a report does exist, an Internal Affairs Report is confidential and only subject to release pursuant to Pitchess Motion guidelines."

160)  On September 19, 2012, ICDA appointed State Bar Panel attorney Johnny Lai, filed a Pitchess Motion regarding SEVENTEEN SHERIFFS and their use of excessive force and dishonesty in Case #1CA16847-02 (**EXHIBIT 27**)

161)  Melissa Balin has been subjected to continuing harassment in the form of retaliatory detentions and searches under the Color of Law, without ANY probable cause or warrants, to the point of what would be legally

construed as "stalking" Balin if committed by private persons, including but not limited to:

162)  From September 30, 2012 until October 2, 2012 (the One Year Anniversary of Occupy Los Angeles and the 2nd Annual Sleep-Out In Solidarity With The Homeless), Melissa Balin was subjected to FIVE UNLAWFUL DETENTIONS WITHIN THE 72 HOUR PERIOD.

163)  The FIRST of FIVE UNLAWFUL DETENTIONS, OCCURRED IN FRONT OF MELISSA BALIN'S PARENTS' HOME and current mailing address in North Hollywood, following her unlawful eviction from the Sovereign Nation of Freedom & Peace, on a Sunday evening at approximately 9:30 pm for "Suspicion of a Lewd Act" (**EXHIBIT 28**).

164)  It is worth noting that Balin was alone in the back seat of an acquaintance's car; with a man seated in the driver seat and a woman in the front passenger seat, when Officers Beyda (#38269) and Fischer (#39337) approached the vehicle with flashlights in their faces and guns drawn.

165)  Even after the officers determined that there was no "lewd act" occurring, and that Balin lived at the house they were parked in front of to drop her off, the officers insisted that everyone wait for them to pull their car from around the block so that they could run everyone for warrants WITHOUT ANY PROBABLE CAUSE.  The male driver was withheld water for no apparent reason, and subsequently unlawfully arrested on the scene for an alleged warrant under the Color of Law.

166)  Melissa Balin and her family demanded that a Supervising Officer be called to the scene, and Sgt. Chilingarian (#33596) arrived to ascertain the situation and Balin's claims the officers had no probable cause to run the man for warrants or withhold him from drinking his own water.

167)  Although upon investigation, it was revealed there was NO PROBABLE CAUSE for the check for warrants to be run, Sergeant Chilingarian (#33596) wrote only, "RADIO CALL OF LEWD ACT.  NO CRIME.  WANT/WARRANT ON MALE REVEALED WARRANT. NO OTHER ISSUE ADVISED ALL PARTIES."