**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA BALIN, | ) Case No. CV 13-9395-PSG (JPR) |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| CITY OF LOS ANGELES et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Action for Willful Refusal to Prosecute and Under Federal Rules of Civil Procedure 8(a) and 12(b)(6),

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 7, 2014

_____
PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE